Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
May 30, 2025

HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

MANZANITA LANE LLC,

          Debtor.
_____/

Case No.: BK-24-51277-hlb
(Chapter 11)

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**

Hearing Date: May 28, 2025
Hearing Time: 1:30 p.m.

      The *Debtor's Motion to Dismiss Chapter 11 Case* [ECF No. 49] ("**Motion**"), filed by MANZANITA LANE LLC ("**Debtor**"), by and through its attorneys STEPHEN R. HARRIS, ESQ. and NORMA GUARIGLIA, ESQ. of HARRIS LAW PRACTICE LLC, came before the Court for hearing on Court-ordered shortened time after notice to all creditors and parties in interest on May 28, 2025, at 1:30 p.m.; with Stephen R. Harris, Esq., of Harris Law Practice LLC, appearing on behalf of the Debtor; with Jared A. Day, Esq., trial attorney, appearing on behalf of the United States Trustee, Region 17; with the Court noting other appearances as stated on the record; with the Court having considered the papers and pleadings on file in this case, and no opposition to the Motion having been filed; and the Court incorporating its oral findings of fact

and conclusions of law as stated on the record pursuant to Fed. R. Bankr. P. 7052; and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is granted, and this Order shall take effect immediately upon entry on the Docket in this Bankruptcy Case, with dismissal conditioned on the Debtor paying all U.S. Trustee's fees current and filing its required monthly operating reports through the date of dismissal.

Submitted by:
HARRIS LAW PRACTICE LLC

/s/ Stephen R. Harris
_____
STEPHEN R. HARRIS, ESQ.
Attorneys for Debtor

Approved this 29th day of May 2025.
UNITED STATES TRUSTEE, REGION 17

/s/ Jared A. Day
_____
JARED A. DAY, ESQ.
Trial Attorney

**CERTIFICATION RE: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_   No party appeared at the hearing or filed an objection to the motion.

_x\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

   *See signature blocks on preceding page.*

\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 29th day of May, 2025.

              HARRIS LAW PRACTICE LLC

              */s/ Stephen R. Harris*
              _____
              STEPHEN R. HARRIS, ESQ.
              Attorneys for Debtor

          ###